with ten dollars costs.  Order signed.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ADOLPH BULOVA v. E. L. BARNETT, INC., Impleaded, etc.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES A. ROGERS v. ROBERT T. RASMUSSEN.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HERBERT A. KNOX v. JOHN C. RODGERS, JR., and Others.— Application denied, with ten dollars costs and stay vacated.  Order signed.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PRIMROSE DRESS CO., INC., v. DREYFUSS COSTUME CORPORATION.— Application denied, with ten dollars costs, and stay vacated.  Order signed.— Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ACHILLE STARACE & CO., INC., v. RAPOREL S. S. LINE, INC., and Others. — Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GREEN RIVER DISTILLING COMPANY v. MASSACHUSETTS BONDING AND INSURANCE COMPANY.— Application granted.  Order signed.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HARRY E. DORSEN v. EUGENE A. SULLIVAN and Others.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES EDGAR v. WILLIAM H. HALPIN, as Treasurer, etc.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ARTHUR S. LEWIS v. FEDERAL EXPORT CORPORATION.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROSE E. MEYERS v. HARRIS M. COHEN, Impleaded, etc.— Application granted.  Order signed.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WALTER S. ROSSBACH v. PENNSYLVANIA RAILROAD COMPANY.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

NEW YORK INCOME CORPORATION v. FRANK M. WELLS and Others.— Motion for reargument denied.  Motion for leave to appeal to Court of Appeals granted; question certified.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

NEW YORK INCOME CORPORATION v. FRANK M. WELLS and Others.— Motion for reargument denied.  Motion for leave to appeal to Court of Appeals granted; question certified.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MUNICIPAL MORTGAGE COMPANY v. DODGE PUBLISHING COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THOMAS H. HALL and Others v. VICTOR E. MEYER.— Motion denied,